June 28, 2004

United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA. 02210

ATTN:   Clerk of the Court

RE:   Hollis Lockett v. David L. Winn          **04-40124**
      Civil Action No._____

Dear Madam/Sir:

Enclosed please find the original and four copies of the Petition for Writ of Habeas Corpus Pursuant to 28 USC §2241 & §2243. In addition, the original and two copies **each** of the Civil Cover Sheet and the District Court Cover Sheet with the appropriate information being furnished. Please note that I have identified a previous case reflected as **Docket No. 01-40186** which had been assigned to Judge Robert E. Keeton, USDJ. I had attempted to reopen that case but the Court denied that request and authorized that I file a separate civil action. (See Memorandum and Order dated June 3, 2004 in Docket No. 01-40186.

The $5.00 filing fee is being sent by a family member along with a copy of this letter which will expedite matching up the filing of the Petition with the filing fees.

I am also enclosing a self-addressed postage pre-paid envelope in which I would ask you return several file stamped copies of the Petition and at least one each of the Civil Cover Sheets.

Thank you for your courtesy and cooperation in this regard.

Sincerely,

*Hollis Lockett*

HOLLIS LOCKETT
84182-020 UNIT I (CAMP)
FEDERAL MEDICAL CENTER, DEVENS
P.O. BOX 879
AYER, MA. 01432

Encl.   Petition/Civil Cover Sheets

cc:   Clare Curry
      P.O. Box 755
      Roberta, Georgia 31078
      (478) 836-5119