```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


HOLLIS LOCKETT,                    )
     Petitioner,                   )
                                   )
     v.                            )     C.A. No. 04-40124-MLW
                                   )
DAVID L. WINN,                     )
     Respondent.                   )
```

## ORDER

WOLF, D.J.                                              August 21, 2004

It is hereby ORDERED that:

1. The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) the respondent, David L. Winn, Warden, Federal Medical Center, Devens, P.O. Box 880, Ayer, MA 01432; and (ii) the Office of the United States Attorney.

2. The respondent shall, within forty-five (45) days of receipt of this Order, file an answer or other proper responsive pleading to the Petition.

```
                                    /s/ Mark L. Wolf
                                UNITED STATES DISTRICT JUDGE
```