UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOLLIS LOCKETT, )<br>)<br>    Petitioner, )<br>)   C.A. NO. 04-40124-MLW<br>v. )<br>)<br>DAVID WINN, )<br>)<br>    Respondent. )<br>) | |

**RESPONDENT'S MOTION TO EXTEND TIME IN WHICH TO RESPOND TO PETITIONER'S COMPLAINT FOR HABEAS CORPUS**

Now comes the above-captioned Respondent[1] and hereby moves this Court for an extension of time **up to and including November 23, 2004,** to otherwise respond to Petitioner's Complaint. As reasons therefore, the undersigned counsel for Respondent asserts that such an extension will allow the Assistant U.S. Attorney the necessary time to obtain relevant facts and background information of this matter from the relevant agency (Bureau of Prisons) to respond adequately to the allegations to the Complaint. Petitioner is currently incarcerated at the Federal Medical Center and will not be prejudiced by this motion.

WHEREFORE, Respondent respectfully requests that this Court allows his motion for an extension of time **up to and including November 23, 2004**, to respond to the Petitioner's

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Respondent is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to him in the normal course of filing a responsive pleading. Respondent intends to raise those defenses when it answers or otherwise responds to the Complaint.

Petition.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By:    /s/ Michael P. Sady
          Michael P. Sady
          Assistant U.S. Attorney
          John Joseph Moakley Federal Courthouse
          Suite 9200
          Boston, MA 02210
          (617) 748-3100

Dated: October 12, 2004

## CERTIFICATION UNDER L.R. 7,1

     Pursuant to Local Rule 7.1(a)(2), since Petitioner is pro se the parties have not conferred with regard to this motion as Petitioner is incarcerated at the Federal Medical Center, Fort Devens.

                                            /s/ Michael P. Sady
                                            Michael P. Sady
                                            Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

     I certify that on October 12, 2004, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Petitioner at FMC Devens, Federal Medical Center Devens, P.O. 879, Ayer, MA 01432.

                                            /s/ Michael Sady
                                            Michael Sady
                                            Assistant U.S. Attorney