UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HOLLIS LOCKETT, | ) | |
| Petitioner, | ) ) ) | |
|  | ) | C.A. No. 04-40124-MLW |
| v. | ) ) | |
| DAVID L. WINN, WARDEN, FEDERAL MEDICAL CENTER, DEVENS, | ) ) ) ) | |
| Respondent. | ) ) | |

THE RESPONDENT'S MOTION FOR
SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P.56

The Respondent, David Winn, Warden, FMC Devens, hereby moves this Court to grant his Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. As support for this Motion, the Respondent herein incorporates his Memorandum of Law in Support of Motion for Summary Judgment.

WHEREFORE, based upon the arguments and authorities submitted in the attached Memorandum of Law, the Respondent respectfully requests this Court to grant his Motion for

Summary Judgment.

            Respectfully submitted,

            MICHAEL J. SULLIVAN
            United States Attorney
            /s/ Michael Sady
    By: Michael Sady
            Assistant U.S. Attorney
            John Joseph Moakley U.S. Courthouse
            Suite 9200
            Boston, MA 02210
            (617) 748-3100

Dated: November 23, 2004

## CERTIFICATE OF SERVICE

  I certify that on November 23, 2004, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Hollis Lockett, Petitioner Reg. # 84182-020, at FMC Devens, P. O. Box 879, Ayer, MA  01432.

            /s/ Michael Sady
            Michael Sady
            Assistant U.S. Attorney

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

  Because Petitioner is a pro se prisoner currently incarcerated in a correctional facility, counsel for the United States respectfully requests leave to file this Motion without a 7.1 conference.

            /s/ Michael Sady
            Michael Sady
            Assistant U.S. Attorney