Hollis Lockett
Reg. No. 84182-020
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

June 3, 2005

Clerk of Court
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

Dear Clerk:

Please find enclosed the return receipt, by certified mail, to David L. Winn, Warden, at F.M.C. Devens, P.O. Box 880, Ayer, Massachusetts 01432.

To prove that he was served pursuant to F.R.Civ.P. Rule 5, one copy of my 28 U.S.C. § 2241 and appendix.

Respectfully yours,

Hollis Lockett
Hollis Lockett

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David L. Winn, Warden
   F.M.C. Devens
   P.O. Box 880
   Ayer, MA 01432

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 5/27/05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7004 2510 0004 2117 4091

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540