```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

HOLLIS LOCKETT,             )
    Petitioner,           )
                          )   C.A. No. 04-40124-MLW
    v.                    )
                          )
WARDEN DAVID L. WINN,       )
    Respondent.           )

<u>ORDER</u>

WOLF, D.J.                                       August 25, 2005

    As respondent David L. Winn's Motion for Summary Judgment (Docket No. 5) is not opposed and, in any event, appears meritorious, it is hereby ALLOWED. Accordingly, Hollis Lockett's Petition for Writ of Habeas Corpus (Docket No. 1) is hereby DISMISSED.

                                                   /s/ MARK L. WOLF
                                           UNITED STATES DISTRICT COURT